**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **HERMINE G. WEBER**, | ) | **CASE NO. 07-15869** |
| | ) | |
| Debtor(s). | ) | Hon. Carol A. Doyle |

**NOTICE OF TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATIONS, AND
HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:  United States Bankruptcy Court
         219 South Dearborn Street
         Courtroom 742
         Chicago, IL  60604

    On:  **December 2, 2008**    Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court. **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3. The Trustees Final Report shows total:

    a.  Receipts                              $3,928.77
    b.  Disbursements                         $    0.00
    c.  Net Cash Available for Distribution   $3,928.77

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Ronald R. Peterson<br>Trustee | $0.00 | $982.19 | $47.94 |
| Jenner & Block LLP<br>Attorney/Trustee | $0.00 | $0.00 | $0.00 |
| N/A<br>Accountant/Trustee | $0.00 | $0.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| N/A | | $0.00 | $0.00 |

7. Claims of general unsecured creditors totaling $21,842.03 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 13.27092766%. Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC<br>P.O. Box 3025<br>New Albany, OH  43054-3024 | $4,198.73 | $557.21 |
| 2 | Chase Bank USA<br>c/o Weinstein & Riley, P.S.<br>P.O. Box 3978<br>Seattle, WA  98124-3978 | $11,826.79 | $1,569.52 |

| | | | |
|---|---|---|---|
| 3 | Federated Retail Holdings, Inc./ Marshall Fields c/o Tsys Debt Management, Inc. P.O. Box 137 Columbus, GA  31902 | $610.23 | $80.98 |
| 4 | LVNV Funding LLC, its successors and assigns as assignee of Citibank Resurgent Capital Services P.O. Box 10587 Greenville, SC  29603-0587 | $5,206.28 | $690.92 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

10. The debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

    0.00


Dated: **October 30, 2008**               For the Court,

                                          **KENNETH S. GARDNER**
                                          Kenneth S. Gardner
                                          Clerk of the U.S. Bankruptcy Court
                                          219 S. Dearborn Street, 7th Floor
                                          Chicago, IL 60604


      Ronald R. Peterson (02188473)
      JENNER & BLOCK LLP
      330 North Wabash Avenue
      Chicago, IL 60611
PH:   (312) 923-2981
FAX:  (312) 840-7381

3

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                Page 1 of 1            Date Rcvd: Oct 30, 2008
Case: 07-15869                Form ID: pdf002            Total Served: 15

The following entities were served by first class mail on Nov 01, 2008.
db           +Hermine G Weber,   1340 N Astor St, Apt 2506,   Chicago, IL 60610-8434
aty          +Marina Ricci,   Macey & Aleman,   20 W Kinzie Suite 1300,   Chicago, IL 60654-5816
tr           +Ronald R Peterson,   Jenner & Block LLP,   330 N. Wabash Avenue,   Chicago, IL 60611-7603
11582709     +Capital One Bank,   11013 W Broad St,   Glen Allen, VA 23060-5937
11582710     +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
11705370      Chase Bank USA,   c/o Weinstein & Riley, P.S.,,   PO Box 3978,   Seattle, WA 98124-3978
11582711     +Citibank,   Po Box 6241,   Sioux Falls, SD 57117-6241
11747315     +Federated Retail Holdings, Inc./Marshall Fields,   c/o Tsys Debt Mgmt., Inc.,   PO Box 137,
               Columbus, GA 31902-0137
11582713     +Fia Csna,   Po Box 17054,   Wilmington, DE 19884-0001
11582714     +Hsbc/saks,   140 W Industrial Dr,   Elmhurst, IL 60126-1602
11582708     +Marina Ricci #,   Legal Helpers, PC,   20 W. Kinzie,   13th Floor,   Chicago, IL 60654-6392
11582715     +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999

The following entities were served by electronic transmission on Oct 31, 2008.
11582712      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 31 2008 05:33:25      Discover Fin,   Pob 15316,
               Wilmington, DE 19850
11666576      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 31 2008 05:33:25
               Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
11775408      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11582707*    +Hermine G Weber,   1340 N Astor St, Apt 2506,   Chicago, IL 60610-8434
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 01, 2008**                    **Signature:** *Joseph Speetjens*