**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **HERMINE G. WEBER**, | ) | **CASE NO. 07-15869** |
| | ) | |
| Debtor(s). | ) | Hon. Carol A. Doyle |

**FINAL DISTRIBUTION REPORT**

I, Ronald R. Peterson, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distributions:

**SUMMARY OF DISTRIBUTION**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $1,030.13 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $2,899.94 |
| **TOTAL AMOUNT TO BE DISTRIBUTED** | $3,930.07 |

1718153.1

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 100% |
|---|---|---|---|
|  | § 726 (a) and (b) and § 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. § 1930(6)) | $1,030.13 | $1,030.13 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
|  | Trustee  Fees  Expenses | $982.19 $47.94 | $982.19 $47.94 |
|  | Jenner & Block  Fees  Expenses | $0.00 $0.00 | $0.00 $0.00 |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 726 (a) and (b) and § 507(a)(1) (debtor-in-possession (DIP) administrative expenses) | $0.00 | $0.00 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A |  | $0.00 | $0.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to § 502(f) | $0.00 | $0.00 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A |  | $0.00 | $0.00 |

2

1718153.1

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(3) - Wages, salaries or commissions limited to $4,000 | $0.00 | $0.00 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A | | $0.00 | $0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(4) - Contributions to Employee Benefit Plans | $0.00 | $0.00 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A | | $0.00 | $0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000 | $0.00 | $0.00 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A | | $0.00 | $0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(6) - Deposits by consumers to the extent of $1,800 | $0.00 | $0.00 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A | | $0.00 | $0.00 |

1718153.1

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 724(b) - Tax liens | $0.00 | $0.00 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A | | $0.00 | $0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(8) - Tax claims excluding fines and penalties | $0.00 | $0.00 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A | | $0.00 | $0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(9) - Capital commitments to Federal Depository Institutions | $0.00 | $0.00 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A | | $0.00 | $0.00 |
| | | | |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 13.2768795% |
|---|---|---|---|
| | § 726(a)(2) - General claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $21,842.03 | $2,899.94 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| 1 | Discover Bank/DFS Services LLC P.O. Box 3025 New Albany, OH  43054-3024 | $4,198.73 | $557.46 |

4

1718153.1

| 2 | Chase Bank USA<br>c/o Weinstein & Riley, P.S.<br>P.O. Box 3978<br>Seattle, WA  98124-3978 | $11,826.79 | $1,570.23 |
|---|---|---|---|
| 3 | Federated Retail Holdings, Inc./<br> Marshall Fields<br>c/o Tsys Debt Management, Inc.<br>P.O. Box 137<br>Columbus, GA  31902 | $610.23 | $81.02 |
| 4 | LVNV Funding LLC, its<br> successors and assigns as<br> assignee of Citibank Resurgent<br> Capital Services<br>P.O. Box 10587<br>Greenville, SC  29603-0587 | $5,206.28 | $691.23 |

| **12.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND 0.00%** |
|---|---|---|---|
|  | § 726(a)(3) - Late unsecured claims | $0.00 | $0.00 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A |  | $0.00 | $0.00 |

| **13.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND 0.00%** |
|---|---|---|---|
|  | § 726(a)(4) -Fines/Penalties | $0.00 | $0.00 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A |  | $0.00 | $0.00 |

| **14.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND 0.00%** |
|---|---|---|---|
|  | § 726(a)(5) - Interest | $0.00 | $0.00 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A |  | $0.00 | $0.00 |

1718153.1

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| N/A | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated:  December 12, 2008               */s/ Ronald R. Peterson*
                                            Trustee

1718153.1