# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| **HERMINE G. WEBER,** | ) **CASE NO. 07-15869** |
| | ) |
| Debtor(s). | ) Hon. Carol A. Doyle |
| | ) |

## TRUSTEE'S FINAL ACCOUNT AND
## APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE

Ronald R. Peterson, the Trustee in this case, respectfully files this Account, and states:

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached as Exhibits A and B.

All checks have been cashed. Attached hereto as Exhibit C is the estate's Form 2 showing a zero balance and the zero balance bank statement.

The Trustee certifies that the estate has been fully administered and requests that he be discharged and the case closed pursuant to 11 U.S.C. § 350.

/s/ Ronald R. Peterson

RONALD R. PETERSON, Trustee for the
Bankruptcy Estate of Hermine G. Weber

Ronald R. Peterson (01288743)
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
Telephone: (312) 923-2981
Facsimile:  (312) 840-7381

Dated: February 19, 2009

# EXHIBIT A

Case 07-15869   Doc 39   Filed 03/30/09   Entered 03/30/09 13:54:27   Desc Main
Document      Page 2 of 16

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HERMINE G. WEBER, | ) | CASE NO. 07-15869 |
| | ) | |
| Debtor(s). | ) | Hon. Carol A. Doyle |
| | ) | |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final request for the allowance of fees

and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and

expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's Compensation | $ 982.19 |
| 2. | Trustee's Expenses | $ 47.94 |
| | TOTAL | $1,030.13 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are

allowed as follows;

| | | |
|---|---|---|
| 1. | Attorney for the Trustee/ Jenner & Block LLP | |
| | Compensation | $0.00 |
| | Expenses | $0.00 |
| 2. | Other Professional (list each professional separately) N/A | $0.00 |
| | TOTAL | $0.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: _December 2_, 2008

_Carl G. Azle_
_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **HERMINE G. WEBER,** | ) | **CASE NO. 07-15869** |
| | ) | |
| Debtor(s). | ) | Hon. Carol A. Doyle |
| | ) | |

## FINAL DISTRIBUTION REPORT

I, Ronald R. Peterson, Trustee herein, certify that I have reviewed all claims filed with

the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on

my review I propose to make the following distributions:

### SUMMARY OF DISTRIBUTION

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $1,030.13 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $2,899.94 |
| **TOTAL AMOUNT TO BE DISTRIBUTED** | $3,930.07 |

1718153.1

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 100% |
|---|---|---|---|
| | § 726 (a) and (b) and § 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. § 1930(6)) | $1,030.13 | $1,030.13 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| | Trustee Fees Expenses | $982.19 $47.94 | $982.19 $47.94 |
| | Jenner & Block Fees Expenses | $0.00 $0.00 | $0.00 $0.00 |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726 (a) and (b) and § 507(a)(1) (debtor-in-possession (DIP) administrative expenses) | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to § 502(f) | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

2

1718153.1

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(3) - Wages, salaries or commissions limited to $4,000 | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(4) - Contributions to Employee Benefit Plans | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000 | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(6) - Deposits by consumers to the extent of $1,800 | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

3

1718153.1

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 724(b) - Tax liens | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(8) - Tax claims excluding fines and penalties | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(9) - Capital commitments to Federal Depository Institutions | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |
| | | | |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 13.2768795% |
|---|---|---|---|
| | § 726(a)(2) - General claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $21,842.03 | $2,899.94 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| 1 | Discover Bank/DFS Services LLC P.O. Box 3025 New Albany, OH  43054-3024 | $4,198.73 | $557.46 |

1718153.1

| 2 | Chase Bank USA<br>c/o Weinstein & Riley, P.S.<br>P.O. Box 3978<br>Seattle, WA  98124-3978 | $11,826.79 | $1,570.23 |
| 3 | Federated Retail Holdings, Inc./<br> Marshall Fields<br>c/o Tsys Debt Management, Inc.<br>P.O. Box 137<br>Columbus, GA  31902 | $610.23 | $81.02 |
| 4 | LVNV Funding LLC, its<br> successors and assigns as<br> assignee of Citibank Resurgent<br> Capital Services<br>P.O. Box 10587<br>Greenville, SC  29603-0587 | $5,206.28 | $691.23 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726(a)(3) - Late unsecured claims | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726(a)(4) -Fines/Penalties | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726(a)(5) - Interest | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

1718153.1

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| N/A | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated:  December 12, 2008                                    _/s/ Ronald R. Peterson_____
                                                                         Trustee

1718153.1

# EXHIBIT C

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

| Case No: | 07-15869 -CAD | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | WEBER, HERMINE G | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6816  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4884 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 02/18/09 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Uniform Tran. Code | Disbursements ($) | Account / CD Balance ($) |
| * 11/05/07 | 8 | Herimine g Weber 1340 North Astor Street Apt. 2506 Chicago, Illinois 060610-8434 | | 3,919.19 | 1221-003 | | 3,919.19 |
| * 11/05/07 | 8 | Hermine g Weber 1340 North Astor Street Apt. 2506 Chicago, Illinois 060610-8434 | VOID I don't know how I did it in the first place, but it is a duplicate | -3,919.19 | 1221-003 | | 0.00 |
| * 11/05/07 | 8 | Hermine G Weber 1340 N. Astor St. Apt. 2506 Chicago, Illinois 60610-8434 | Broker's Commissioin | 3,919.19 | 1221-000 | | 3,919.19 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1.52 | 1270-000 | | 3,920.71 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1.87 | 1270-000 | | 3,922.58 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1.55 | 1270-000 | | 3,924.13 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 0.93 | 1270-000 | | 3,925.06 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 0.93 | 1270-000 | | 3,925.99 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 0.80 | 1270-000 | | 3,926.79 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 0.49 | 1270-000 | | 3,927.28 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 0.49 | 1270-000 | | 3,927.77 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 0.50 | 1270-000 | | 3,928.27 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 0.50 | 1270-000 | | 3,928.77 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 0.49 | 1270-000 | | 3,929.26 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 0.38 | 1270-000 | | 3,929.64 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 0.32 | 1270-000 | | 3,929.96 |
| 12/11/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 0.11 | 1270-000 | | 3,930.07 |
| 12/11/08 | INT | Transfer to Acct #*******9912 | Final Posting Transfer | | 9999-000 | 3,930.07 | 0.00 |

| | Page Subtotals | 3,930.07 | 3,930.07 |
|---|---|---|---|

Ver: 14.21

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   2

| Case No: | 07-15869 -CAD |
| Case Name: | WEBER, HERMINE G |

| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | ******6816  Money Market Account (Interest Earn |

| Taxpayer ID No: | *******4884 |
| For Period Ending: | 02/18/09 |

| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |
| | | | COLUMN TOTALS | | 3,930.07 | 3,930.07 | |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 3,930.07 | |
| | | | Subtotal | | 3,930.07 | 0.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 3,930.07 | 0.00 | |

| Page Subtotals | 0.00 | 0.00 |

Ver: 14.21

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| | | |
|---|---|---|
| Case No: | 07-15869 -CAD | |
| Case Name: | WEBER, HERMINE G | |
| | | |
| Taxpayer ID No: | ******4884 | |
| For Period Ending: | 02/18/09 | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9912  BofA - Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/11/08 | | Transfer from Acct #*******6816 | Transfer In From MMA Account | 9999-000 | 3,930.07 | | 3,930.07 |
| 12/22/08 | 003001 | Ronald R. Peterson, Trustee Jenner & Block 330 North Wabash Chicago, Illinois 60611-7603 | | | | 1,030.13 | 2,899.94 |
| | | | Fees 982.19 | 2100-000 | | | 2,899.94 |
| | | | Expenses 47.94 | 2200-000 | | | 2,899.94 |
| 12/22/08 | 003002 | Discover Bank/DFS Services LLC PO Box 3025 New Albany OH 43054-3025 | | 7100-900 | | 557.46 | 2,342.48 |
| 12/22/08 | 003003 | Chase Bank USA c/o Weinstein & Riley, P.S., PO Box 3978 Seattle, WA 98124-3978 | | 7100-900 | | 1,570.23 | 772.25 |
| 12/22/08 | 003004 | Federated Retail Holdings, Inc. c/o Tsys Debt Mgmt., Inc. PO Box 137 Columbus, GA 31902 | | 7100-900 | | 81.02 | 691.23 |
| 12/22/08 | 003005 | LVNV Funding LLC successors of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | | 7100-900 | | 691.23 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Page Subtotals | | | 3,930.07 | 3,930.07 | 3,930.07 |

Ver: 14.21

LFORM24

Page: 4

Ver: 14.21

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 07-15869 -CAD |
| Case Name: | WEBER, HERMINE G |
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9912  BofA - Checking Account |

Taxpayer ID No: *******4884
For Period Ending: 02/18/09

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 3,930.07 | 3,930.07 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 3,930.07 | 0.00 | |
| | | | Subtotal | | 0.00 | 3,930.07 | |
| | | | Less: Payments to Debtors | | 0.00 | 0.00 | |
| | | | Net | | 0.00 | 3,930.07 | |

|  | NET DEPOSITS | NET DISBURSEMENTS |
|---|---|---|
| TOTAL - ALL ACCOUNTS | | |
| Money Market Account (Interest Earn - ********6816 | 3,930.07 | 0.00 |
| BofA - Checking Account - ********9912 | 0.00 | 3,930.07 |
| | 3,930.07 | 3,930.07 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) |

ACCOUNT BALANCE
0.00

Total Funds On Hand
0.00

| | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|
| Page Subtotals | 0.00 | 0.00 | 0.00 |

LFORM24